UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6298**
18 U.S.C. § 922(g)(1)

CR-DIMITROULEAS

UNITED STATES OF AMERICA,

MAGISTRATE JUDGE
SNOW    OCT 1 2 2000

v.

DUDLEY COLIN CROOKS,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about August 3, 2000, at Broward County, in the Southern District of Florida, the defendant,

**DUDLEY COLIN CROOKS,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting commerce, to wit, a Walther PPK/S, .380 caliber pistol, serial number S124125; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_Leonard_  
FOREPERSON

_Eileen Moxxxx_  
GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**        CASE NO. _____

v.

DUDLEY COLIN CROOKS        **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:
**Court Division**: (Select One)    New Defendant(s)        Yes ___    No ___
                                    Number of New Defendants    ___
___ Miami ___ Key West              Total number of counts      ___
_X_ FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _NO_____
   List language and/or dialect    ____English_____

4. This case will take _1-2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days        _X_        Petty       ___
   II   6 to 10 days       ___        Minor       ___
   III  11 to 20 days      ___        Misdem.     ___
   IV   21 to 60 days      ___        Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____        District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? _ ____ Yes ____ No

8. Did this case originate in the Narcotics Section, Miami?    Yes _X_ No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: DUDLEY COLIN CROOKS    No.: _____

Count # 1 :

Felon in possession of a firearm; in violation of 18 U.S.C. § 922(g)(1).

*Max Penalty: 10 years' imprisonment; $250, 000 fine

Count # :

*Max Penalty: _____

Count #:

*Max Penalty: _____

Count #:

*Max Penalty: _____

Count # :

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96