AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI; ATF, LA BYKOWSKY (954) 356-7369

## *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DUDLEY COLIN CROOKS

**WARRANT FOR ARREST**

OCT 1 2 2000

**CASE NUMBER:**

**00-6298-CR-DIMITROULEAS**
MAGISTRATE JUDGE

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ DUDLEY COLIN CROOKS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Felon in possession of firearm,

in violation of Title 18 United States Code, Section(s) 922(g)(1)

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_signature_
Signature of Issuing Officer

October 12, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 25,000 10 % Bond

by _Lurana S. Snow_, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |