AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI; ATF, LA BYKOWSKY (954) 356-7369

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__  514343

UNITED STATES OF AMERICA

V.

DUDLEY COLIN CROOKS

**WARRANT FOR ARREST**

**CASE NUMBER:**
**00-6298**
**CR-DIMITROULEAS**

TO:  **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___DUDLEY COLIN CROOKS___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Felon in possession of firearm,

in violation of Title _18_ United States Code, Section(s) _922(g)(1)_

___CLARENCE MADDOX___
Name of Issuing Officer

___[signature]___
Signature of Issuing Officer

Bail fixed at $ 25,000 10 % Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

___October 12, 2000, Fort Lauderdale, Florida___
Date and Location

___[signature]___
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED 10/12/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone  United States Marshal  Southern District of Florida | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 10/18/00 | | Edward Purchase, SDUSM |