UNITED STATES DISTRICT COURT
Southern District of Florida 00-6298-cr-Dim[e]

UNITED STATES OF AMERICA ) Case Number: 769010-00-0078
           Plaintiff )
                                REPORT COMMENCING CRIMINAL ACTION
    -vs-
Dudley Colin Crooks                 55504-004
    Defendant                    U.S. Marshals Service Number

****************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    WEST PALM BEACH
                       FT. PIERCE    (Circle one of above)

**NOTE:** CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) **Date** and **Time** of arrest: 10/17/00    6:30  a.m. / p.m.   850
    10/19/00    6:30 am (ATF)
    **Time and Facility** where booked: 10 p   Broward Cty Jail
    7a - Fed. Courthouse

(2) Language Spoken: _____

(3) Offense(s) Charged: 18 USC 922 (g)(1)
    Felon in Poss. Firearm

(4) U.S. Citizen    [ ] Yes  [X] No    [ ] Unknown

(5) Date of Birth: 1/17/72

(6) Type of Charging Document: (check one)
    [X] Indictment    [ ] Complaint to be filed
                      [ ] Complaint already filed
    Case Number: 00-6298 Cr Dimitrouleas

    [ ] Bench Warrant
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern FL
    **COPY OF WARRANT LEFT WITH U.S. MARSHAL?**  [X] YES    [ ] NO

Amount of Bond: $ 20,000   Corp'l Surety
Who set bond: AUSA Bertha Mitrani
Remarks: Subject on bond from INS - subject to deportation

Date: 10/19/00    Arresting Officer: A. Byrowsky
                  Agency: ATF
                  Phone: 356-7369