# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED OCT 19 2000

| | | | |
|---|---|---|---|
| DEFT: | DUDLEY COLIN CROOKS (J) | CASE NO: | 00-6298-CR-DIMITROULEAS |
| AUSA: | BERTHA MITRANI *pres* | ATTY: | |
| AGENT: | ATF | VIOL: | 18:922(g)(1) |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | 25,000 10%  20,000 CSB |

BOND HEARING HELD - yes / no          COUNSEL APPOINTED: _____

BOND SET @: _____          To be cosigned by: _____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☒ No firearms.
- ☐ Curfew: ___
- ☒ Travel restricted to: SD/FL
- ☐ Halfway House ___

Advised of Charges

Cnsl to be retained

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-20 | 9:30 | SNOW | ✓ |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-20 | 9:30 | SNOW | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 10-19-00   TIME: 11:00   FTL/LSS TAPE # 00 - 054   Begin: 1843   End: 2116