## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DUDLEY COLIN CROOKS (B) | CASE NO: | 00-6298-CR-DIMITROULEAS |
| AUSA: | BERTHA MITRANI /Kay | ATTY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQUIRY RE COUNSEL | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

[FILED stamp: OCT 20 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.    Has not retained
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.    anyone yet
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.    more time granted
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.    re-set
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-24 | 11 | LSS | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 10-20-00   TIME: 9:00   FTL/LSS TAPE # 00 - 054   Begin 2453   End 2526

