DEFT: Dudley Colin Crooks (B)     CASE NO: 00-6298-CR-Dimitrouleas

AUSA: Bertha Mitrani /Robin Rosenbaum.    ATTNY: Johnny McCray

AGENT: ___    VIOL: someone else standing in

PROCEEDING: Inquiry re Counsel/ Arraignment    BOND REC: ___

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

FILED ___ D.C.
OCT 24 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial requested
Standing Discovery Order requested

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 11-8-00    11:00 am    SNOW
DATE: 10-24-00    TIME: 11:00am    TAPE # 00-080    PG # 2

1620-