UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6298-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Dudley Crooks

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  10-24-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: On Bond

Telephone: _____

DEFENSE COUNSEL:  Name: Johnny McCray

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __24__ day of __October__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-680

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services

