UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,         CASE NO.: 00-6298-CR-DIMITROULEAS

    Plaintiff,                    F.B.N. : 342319
vs.

DUDLEY COLIN CROOKS,

    Defendant.
_____/

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT**

    You will please enter my appearance as co-counsel for the Defendant, **DUDLEY COLIN CROOKS,** in the above-styled cause.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via hand delivery to Assistant United States Attorney, Bertha R. Mitrani, Esquire, on this 24th, day of October, 2000.

_____
JOHNNY L. McCRAY, JR., ESQUIRE
Counsel for Defendant
Law Offices Of Johnny L. McCray, Jr., P.A.
400 East Atlantic Blvd.
Pompano Beach, FL 33060
Tel: (954) 781-3662
Fax: (954) 786-2289

f:\wp60\doc\criminal\crooks\noa