HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

FILED BY
NOV 8 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __DAVID HILL__ CASE NO: ~~00-6175-CR-ZLOCH~~ (s)
AUSA __BERTHA MITRANI__ -pres  ATTY __SANDRA MULLGRAV__ -pres

*Disc out - No tape - No motions  
possible plea*  $a$-05t  $(a)$ 164

DEFT __DUDLEY COLIN CROOKS__ CASE NO: __00-6298-CR-DIMITROULEAS__
AUSA __BERTHA MITRANI__ -pres  ATTY __JOHNNY McCRAY__ *Charles Ling*

*Disc out - M/to suppress will be filed*  $(a)$ 402

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __11-8-00__  TIME __11:00__