UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DUDLEY COLIN CROOKS,

Defendant.
_____/

CASE NO. 00-6298-CR-DIMITROULEAS

FILED ___ D.C.

NOV 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER SETTING HEARING

THIS CAUSE having been heard upon Defendant's November 16, 2000 Motion To Suppress [DE-17], the Court grants an evidentiary hearing and sets it for November 22, 2000 at 3:30 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Johnny McCray, Jr., Esquire
400 E. Atlantic Boulevard
Pompano Beach, FL 33060

Bertha Mitrani, AUSA

