**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**UNITED STATES OF AMERICA,**            **CASE NO.:00-6298-CR-**
                                          **DIMITROULEAS/SNOW**
          **Plaintiff,**
                                          NIGHT BOX
**vs.**                                    FILED

**DUDLEY COLIN CROOKS,**                   NOV 1 7 2000

          **Defendant.**
                                          CLARENCE MADDOX
_____/         CLERK, USDC / SDFL / FTL

### DEFENDANT'S RESPONSE TO THE STANDING DISCOVERY ORDER

**COMES NOW** the Defendant, **DUDLEY COLIN CROOKS,** by and through

his undersigned attorney, pursuant to the Standing Discovery Order,

furnishes to the Government these copies of photographs whom the

Defendant expects to introduce at the time of trial:

          a.    Ten (10) photographs of the Defendant's residence (hereto

attached).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

Defendant's Witness List has been furnished via fax and hand-

delivery to  Assistant United States Attorney, Bertha R. Matrini,

Esquire, 500 E. Broward Boulevard, Fort Lauderdale, FL 33394, on

this _16th_ , day of November, 2000.

                    Respectfully submitted,


                    by
                    **JOHNNY L. McCRAY, JR., ESQUIRE**
                    F.B.N.: 342319
                    Counsel for Defendant
                    **Law Offices of Johnny L. McCray, Jr., P.A.**
                    400 East Atlantic Blvd.
                    Pompano Beach, FL 33060
                    Tel: (954) 781-3662/Fax: 786-2289



















