**CRIMINAL MINUTES**

FILED by _____ D.C.
DEC 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6298-CR-WPD    DATE: December 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Dudley Calvin Crooks

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Johnny McCray

REASON FOR HEARING: Motion to suppress / Cont. for 11/22/00

RESULT OF HEARING: Rule re- witnesses is Invoked. Wit & Case continued. Dft Rests. Gvt Rebuttal. Gvt Rests. Dft Argues Motion. Gvt responds in opposition. Readiness (Dft). Motion to Suppress is denied.

CASE CONTINUED TO: 12/4/00    TIME: 9:15    FOR: Trial

MISC: _____ & Jury Selection

