# United States District Court

_Southern_ DISTRICT OF _Florida_

USA v. Dudley Calvin Crooks

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6298-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William Dimitrouleas | Bertha Mitrani, AUSA | Johnny McCray |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/1/00 - Motion to Suppress | Bob Ryckoff | Vince Charlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/1/00 | | | Continued from 11/22/00 |
| | | | | | w/ Lee Panella |

FILED by _AC_ D.C.

DEC 01 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages