```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,    )  CASE NO.  00-6298-CR-WPD
                             )
            Plaintiff,       )
                             )
       -v-                   )
                             )
DUDLEY COLIN CROOKS,         )
                             )  Fort Lauderdale, Florida
            Defendant.       )  November 22, 2000
_____)  3:40 p.m.

            TRANSCRIPT OF MOTION TO SUPPRESS

        BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          BERTHA MITRANI, ESQ.
                           Assistant U.S. Attorney
                           500 E. Broward Boulevard
                           Suite 700
                           Fort Lauderdale, Florida 33394


For the Defendant          JOHNNY L. MCCRAY, JR., ESQ.
                           CHARLIE LEVY, ESQ.
                           400 East Atlantic Boulevard
                           Pompano Beach, Florida  33060


Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida  33301
                           954-769-5657
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**