**CRIMINAL MINUTES**

FILED by _____ D.C.
DEC 0 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6298-CR-WPD    DATE: December 4, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Dudley Calix Crooks

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Johnny McCray / Charles Kirby

REASON FOR HEARING: Jury trial & jury selection

RESULT OF HEARING: Jury voir dire. Jury selected and sworn. Opening statements. W-1 Rozina Rembarao. W-2 Dale Facquette. Gov't case in chief.

CASE CONTINUED TO: 12/5/00    TIME: 9:45    FOR: trial
MISC: _____ Day 2

