UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6298-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

v.

DUDLEY COLIN CROOKS,

Defendant.
_____/

### UNITED STATES' SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order.

2. The following is the substance of an oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent: after the gun was found, the agents asked the defendant why he did not tell them about it, the defendant stated that he had forgotten that it was there. When asked why he had the gun, the defendant stated that he used it for protection and stated that he had a jewelry store. The defendant had not been advised of his Miranda rights at the time these statements were made.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Fax: 954/356-7336

cc: Special Agent LA Bykowsky
    ATF



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by in open court to counsel for defendant on Dec. 5, 2000

Johnny L. McCray, Jr., Esquire

Bertha R. Mitrani
Assistant United States Attorney

3