## CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6298-CR-WPD    DATE: November 22, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA vs. Dudley Celia Croksi

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Johnny McCray

REASON FOR HEARING: Motion to Suppress

RESULT OF HEARING: Gov't Case. Gov't Rests. Deft's Case. Gov't requests continuance to present rebuttal witness. Court grants continuance & resets motion and calendar call for Friday 12/1 @ 1:00

CASE CONTINUED TO: 12/1/00    TIME: 1:00    FOR: Continuation

MISC: _____

