**CRIMINAL MINUTES**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6298 CR-WPD    DATE: December 5, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Dudley Calia Crooks

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Jenny McCraf

REASON FOR HEARING: Trial (Jury) Day 2

RESULT OF HEARING: Govt Rests. Deft's Rule 29 motion for judgment of acquittal is Denied. Deft's Case in Chief. Deft Rests. Deft's renewed Rule 29 motion for judgment is Denied. Charge Conf held. Closing Arguments. Jury Instructions given. Jury Deliberations. Jury verdict: NOT Guilty on Count 1.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____

