# United States District Court

**DISTRICT OF** Florida / Southern

USA v. Dudley Coin Crooks

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6298-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Bertha Mitrani, AUSA | Danny McCrary, Charles Levy |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/4/00, 12/5/00 | Bob Ryckoff | Vick Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12/4/00 | | | Agent Regina Lombardo |
| 1 | | 12/4/00 | | 12/4/00 | Gun |
| 2 | | 12/4/00 | | 12/4/00 | Stipulation |
| ✓ | | 12/4/00 | | | Agent Dale Ficquette |
| 3 | | 12/4/00 | | 12/4/00 | Miranda Card |
| | 1 | 12/4/00 | | 12/4/00 | Warrant for Arrest |
| | 2 | 12/4/00 | | 12/4/00 | Photo |
| | 3 | 12/4/00 | | 12/4/00 | Photo |
| ✓ | | 12/4/00 | | | Andrew McIntyre |
| ✓ | ✓ | 12/5/00 | | | Violet Davis |
| ✓ | | 12/5/00 | | | Agent Steve Burros |
| ✓ | | 12/5/00 | | | L. A. Bykowsky |

FILED by _____ D.C.
DEC 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of __ Pages