AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** Florida (Southern)

USA v. Dudley Crooks

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6298-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Bertha Mitrani, AUSA | Guy Spiegelman |
| TRIAL DATE(S) 11/22 – Mtn Suppress | COURT REPORTER Bob Ryckoff | COURTROOM DEPUTY Rita Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 11/22 |  |  |  |
|  |  |  |  |  | W-1 Myle Ficquette |
| 1 |  |  | ✓ | ✓ | arrest warrant for Allen |
|  | A |  | ✓ | ✓ | photograph of deft's bed |
|  |  |  |  |  | W-2 Dudley Calvin Crooks |

FILED by _____ D.C.
DEC 05 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages