00-6298-CR-WPD
USA v. Dudley Calvin Crowe

12-5-00

Jury Notes

32/LS

FILED D.C.
DEC 05 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

Your Honor,

We are requesting the report written by Dale Ficquette for referral.

David C Hill
~~Fariman~~
12/5/00

It was not introduced into evidence, it would be inappropriate to supplement the record at this time.

W.P. Dimberhes
12/5/00

Your Honor,

We, the jury, have reached a verdict.

*David C Hill*
Foreman
12/05/00