UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6298-CR-DIMITROULEAS

    Plaintiff,

vs.                                      **VERDICT**

DUDLEY COLIN CROOKS,

    Defendant.
_____/

FILED by DKTQ ___ D.C.
DEC 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WE, THE JURY, FIND: the Defendant DUDLEY COLIN CROOKS,

As to Count I     _NOT GUILTY_
                GUILTY/NOT GUILTY

as charged in the Indictment.

So say we all.

_____          _12/05/2000_
FOREPERSON                        DATE