UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO: 00-6298-CR-DIMITROULEAS

VS.

DUDLEY COLIN CROOKS

**JUDGMENT OF ACQUITTAL**

The above entitled cause having come on for trial and the jury having found the defendant NOT GUILTY on December 5, 2000 As to Count One As charged in the Indictment, it is hereby

ORDERED AND ADJUDGED that the defendant be discharged to go hence without delay for return and exonerated of bond, if any.

DONE AND ORDERED at Fort Lauderdale, Florida this 5th day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:    Bertha Mitrani, AUSA
       Johnny McCray, Esq.
       U.S. Pretrial Services
       U.S. Marshal