# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

vs.

Dudley Colin Crooks
Defendant(s)

Case No. 00-6298-CV-WPD

FILED by _____ E.C.
DKTG

DEC 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): _All Government Exhibits_

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: MITRANI
AGENCY OF FIRM: US Dept. of Justice AUSA
ADDRESS: _____
TELEPHONE: _____
DATE: 12/5/00

EXHIBITS RELEASED
BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record