# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

Case No. 00-6298-CIV-WPD

vs.

Dudley Delia Crooks

Defendant(s)

FILED by _____ D.C.
DKTG
DEC 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All Defendant Exhibits
_____
_____

☐ Attachments               SIGNATURE: John L. McCoy
   (Exhibit List, Order of Court)   PRINT NAME: Johnny L. McCoy, Jr.
                              AGENCY OF FIRM: _____
                              ADDRESS: _____
EXHIBITS RELEASED            TELEPHONE: _____
BY: _____
   (Deputy Clerk)             DATE: _____


ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record